UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE ROSAS-RODRIGUEZ, ET AL ,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:09-cr-354

## ORDER GRANTING GOVERNMENT MOTION FOR SEQUENTIAL SENTENCING HEARINGS

This matter is before the Court on the government's Motion for Sequential Sentencing Hearings (Dkt. #83). Upon consideration of the motion and having received no response, or objection, from any of the defendants, the Court will grant the request of the government and rescheduled the sequence of the sentencing hearings. Accordingly,

**IT IS HEREBY ORDERED** that the government's Motion for Sequential Sentencing Hearings (Dkt. #83) is **GRANTED**.

**IT IS FURTHER ORDERED** that the sentencing hearings for the defendants in this case scheduled for May 18, 2010, are rescheduled as follows:

  a. Defendant Javier Mendieta-Cabrera's hearing is rescheduled from 2:30 p.m. to 10:00 a.m.

  b. Defendant Jose Hernandez-Lara's hearing is rescheduled from 1:30 p.m. to 11:00 a.m.

  c. Defendant Jose Rosas-Rodriguez's hearing is rescheduled from 10:00 a.m. to 1:30 p.m.

d. Defendant Hugo Burela-Lopez's hearing is rescheduled from 3:30 p.m. to 2:30 p.m.

   e. Defendant Alejandro Gutierrez-De Los Santos' hearing is rescheduled from 11:00 a.m. to 3:30 p.m.


Date:  May 13, 2010                                          /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge